UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MACRYLAND CRARY,

        Plaintiff,

   v.

QUEEN ELIZABETH, *et al.*,

        Defendant.

Case No. C22-5408-RAJ

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons as the complaint does not identify any actions by the named defendants.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

//

ORDER - 1

Dated this 10th day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2